AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | ) 6:21-MJ-00022-MK |
| | ) |
| DEVEN RICHARD DEARING | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    June 2, 2020 through August 29, 2020    in the county of    Benton    in the

District of    Oregon    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Attempted Sexual Exploitation of a Child |
| 18 U.S.C. § 2423(a) | Transportation with Intent to Engage in Criminal Sexual Activity |
| 18 U.S.C. § 2252(a)(2) and (b)(1) | Receipt of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

Please see the affidavit of FBI, Special Agent Isabel Scharn, which is attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

/s/ Isabel Scharn, Per Rule 4.1
*Complainant's signature*

Isabel Scharn, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  2:08pm  a.m./p.m.

Date:    January 25, 2021

*Judge's signature*

City and state:    Eugene, Oregon

Mustafa T. Kasubhai, U.S. Magistrate Judge
*Printed name and title*